Núm. 49.—OLMEDO, aplte. *v.* RIVERA ET ALS., apldos.— Diciembre 12, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Visto el artículo 299 del Código de Enjuiciamiento Civil, tal cual el mismo fué enmendado por la Ley núm. 111 de 1939 (Leyes de ese año, pág. 575), que en lo pertinente dispone que "En caso de que el taquígrafo que hubiere tomado las notas durante el juicio falleciere, se incapacitare o se ausentare, hechos estos que deben probarse a satisfacción del tribunal, y no fuere posible radicar la transcripción de la evidencia, el apelante dentro de un término razonable que a esos efectos le conceda la corte, preparará una exposición en forma narrativa de la evidencia que se hubiere presentado y pliego de excepciones que deberá ser aprobada y, certificada *por el juez que conoció y resolvió el asunto,* . . ."; y vistos los casos de *Sánchez Osorio* v. *Vizcarrondo,* 45 D.P.R. 66, *Amaral* v. *Gerena,* 46 D.P.R. 735, y *Buxó, Jr.* v. *Sellés,* 48 D.P.R. 827, no ha lugar a la aprobación de la exposición del caso y transcripción de evidencia, pudiendo el apelante, si lo estimare conveniente, solicitar de la corte inferior la concesión de un nuevo juicio, toda vez que el juez sentenciador, al igual que el taquígrafo que tomó las notas de la primera vista, han fallecido.

Núm. 1225.—MÉNDEZ Y CÍA., peticionaria, *v.* CORTE, dmdada.— Enero 28, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, la mera radicación de un escrito de apelación para ante la Corte de Circuito de Apelaciones, Primer Circuito, y la presentación de un escrito titulado "Señalamiento de Errores" no tienen el efecto de suspender la sentencia apelada,

POR TANTO, a la moción para que se devuelva el mandato a este Tribunal, radicada el 27 del mes en curso, no ha lugar.